IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| SOCIAL POSITIONING INPUT SYSTEMS, LLC, | § § § | |
| Plaintiff, | § § | Case No: 3:20-cv-00414-WHR |
| vs. | § § | PATENT CASE |
| MIDMARK CORPORATION, | § § | |
| Defendant. | § § § | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Social Positioning Input Systems, LLC and Defendant Midmark Corporation by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1. All claims asserted by the Plaintiff in this Action are dismissed with prejudice and all counterclaims asserted by the Defendant in this Action are dismissed without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii);

2. Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

This Stipulation and Order shall finally resolve the Action between the parties.

Dated: January 15, 2021          Respectfully submitted,

/s/ Howard L. Wernow
Howard L. Wernow (SBN 0089019)
SAND, SEBOLT & WERNOW CO., LPA
Aegis Tower – Suite 1100
4940 Munson Street NW
Canton, Ohio 44718
Telephone: (330) 244-1174
Facsimile: (330) 244-1173
howard.wernow@sswip.com

**JAY JOHNSON** (Pro Hac Vice Application Forthcoming)
KIZZIA JOHNSON, PLLC
1910 Pacific Ave., Suite 13000
Dallas, Texas 75201
(214) 451-0164
Fax: (214) 451-0165
jay@kjpllc.com
bkizzia@kjpllc.com

**ATTORNEYS FOR PLAINTIFF**

*/s/Brian Donald Wright*
**Neil J. McNabnay**
**Noel F. Chakkalakal**
**Richardo J. Bonilla**
Fish & Richardson
1717 Main Street
Ste 5000
Dallas, TX 75201
214-747-5070
Fax: 214-292-2091
Email: mcnabnay@fr.com
chakkalakal@fr.com
Email: rbonilla@fr.com

**Brian Donald Wright**
Faruki Ireland & Cox PLL - 3
110 N. Main St., Suite 1600
Dayton, OH 45402-1818
937-227-9910
Fax: 937-227-3717
Email: bwright@ficlaw.com

SO ORDERED this 21st day of January, 2021.

_____
United States District Judge